**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Martha Magali Gomez Alvarado, *et al*., : | |
| : | CASE NO: 3:18-cv-00589 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Judge Jack Zouhary |
| Jason Beard, *et al.,* : | |
| : | |
| Defendants. : | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Jason Beard and Nathan Kaufmann respectfully request an extension of time, pursuant to Fed. R. Civ. P. 6(b)(1)(A) to file an answer or otherwise plead to the Complaint. Defendants' answer is due on May 14, 2018; therefore, this request is made before the original time for response has expired. This is Defendants' first request for extension of time to respond to Plaintiffs' Complaint, and the requested extension will not prejudice any party to this action. Further, Defendants' counsel contacted counsel for Plaintiffs' prior to filing this request and received the agreement of Plaintiffs' counsel.

Therefore, Defendants respectfully request this Court extend the time for Defendants' to respond to the Complaint until **June 8, 2018**.

        Respectfully submitted,

        MICHAEL DEWINE (0009181)
        Ohio Attorney General

        /s/*Molly S. Corey*
        MOLLY S. COREY (0079287)
        SCOTT MYERS (0040686)
        Assistant Attorneys General
        Environmental Enforcement Section
        2045 Morse Road, A-3
        Columbus, Ohio 43229-6693
        Phone: 614-265-7071
        Fax: 614-268-8871
        molly.corey@ohioattorneygeneral.gov
        scott.myers@ohioattorneygeneral.gov
        *Counsel for Defendants Jason Beard and Nathan Kaufmann*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing was served electronically through this Court's electronic service system upon all parties and/or counsel of record on this 8th day of May, 2018. Notice of this filing is sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system

                 /s/*Molly S. Corey*_____
                 Molly S. Corey (0079287)